Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Michael Eason

FILED
2008 MAY -2 PM 4:54

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASON<br><br>Plaintiff,<br>v.<br><br>HARRIS & ZIDE and LVNV FUNDING, LLC<br><br>Defendants. | Case Number: 08 CV 0811 DMS LSP<br><br>**Complaint For Damages**<br><br>**Jury Trial Demanded** |

### INTRODUCTION

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt

collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

2. MICHAEL EASON, ("Plaintiff"), through Plaintiff's attorneys, brings this action to challenge the actions of HARRIS & ZIDE and LVNV FUNDING, LLC, ("Defendants"), with regard to attempts by Defendant to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a Plaintiff, or to Plaintiff's counsel, which Plaintiff alleges on personal knowledge.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1692(k), and 28 U.S.C. § 1367 for supplemental state claims.

5. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA")

6. Because Defendants do business within the State of California, personal jurisdiction is established.

7. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

8. Plaintiff is a natural person who resides in the city of San Diego, county of San Diego, state of California.

9. Defendant HARRIS & ZIDE operate from the city of South Pasadena, the county of Los Angeles, and the state of California.

10. Defendant LVNV Fnding, LLC regularly do business within the state of California.

11. Plaintiff is obligated or allegedly obligated to pay a debt, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

12. Defendants are persons who use an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collect or attempt to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and are therefore debt collectors as that phrase is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

13. At all times relevant to this matter, Plaintiff was an individual residing within the State of California.

14. At all times relevant, Defendants conducted business with the State of California. Sometime before July 2004, Plaintiff is alleged to have incurred certain financial obligations

15. These financial obligations were primarily for personal, family or household purposes and are therefore "debt(s)" as that term is defined by 15 U.S.C. §1692a(5).

16. Sometime thereafter, but before March 7, 2008, Plaintiff allegedly fell behind in the payments allegedly owed on the alleged debt. Plaintiff currently disputes the validity of this alleged debt.

17. Subsequently, but before March 7, 2008, the alleged debt was assigned, placed, or otherwise transferred, to Defendants for collection.

18. On or about March 7, 2008 Defendants filed a limited civil complaint in Superior Court of California, San Diego County seeking payment of an alleged debt in the amount of $2,142.34.

19. Plaintiff is informed and believes, and thereon alleges that Defendants initiated this current action well outside the statute of limitations allowed by California law. This action was an unfair or unconscionable attempt to collect an alleged debt as well as an attempt to collect a debt not permitted by law violating 15 U.S.C. §§ 1692f, and 1692f(1).

20. Plaintiff is informed and believes, and thereon alleges that lawsuit filed by Defendant was initiated without any reasonable inquiry into the facts or merits of the allegations. As such, this action by Defendant violated 15 U.S.C. §§ 1692e, 1692e(10), and 1692f.

21. In Defendants' state court action, they allege, "Plaintiff is the owner / assignee of an agreement entered into by Defendant(s) with Plaintiff's predecessor LVNV FUNDING, LLC plaintiff having taken said assignment for value."

22. Plaintiff is informed and believes, and thereon alleges that Plaintiff never entered into any agreement with Plaintiff's predecessor LVNV FUNDING, LLC. Therefore, Defendant's statements to Plaintiff were a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt. As such, this action by Defendant violated 15 U.S.C. §§ 1692e and 1692e(10).

23. On or about the end of March or beginning of April 2008, Defendants' Agent Mr. Hernandez telephoned Plaintiff's wife (hereinafter "JULIE") and demanded payment of the alleged debt.

24. This communication to Plaintiff was a "communication" as that term is defined by 15 U.S.C. § 1692a(2), and an "initial communication" consistent with 15 U.S.C. § 1692g(a).

25. During JULIE's conversation with Defendant, Mr. Hernandez informed JULIE that a law suit had been filed, but he refused to provide a case number, the original creditor of the debt, or even the amount of money they were seeking. This action was an unfair or unconscionable attempt to collect an alleged debt violating 15 U.S.C. § 1692f.

26. Defendant then requested that JULIE call him back while he obtained the file so he could answer her questions.

27. Later that same day JULIE called back Defendant to discuss the alleged debt.

28. During this conversation, Defendant again refused to provide JULIE with a case number, the original creditor of the debt, or the amount of money they were seeking. JULIE then informed Defendant that the debt was outside the statute of limitations and Plaintiff would not be paying the debt. This action by Defendant was an unfair or unconscionable attempt to collect an alleged debt violating 15 U.S.C. § 1692f.

29. During this communication Defendant then stated "If you do not pay now you will owe my attorney fees" This communication made by Defendant to Plaintiff was a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt, because Plaintiff is now informed and believes and thereon alleges that Mr. Hernandez is not an attorney. As such, this action by Defendant violated 15 U.S.C. §§ 1692e, 1692e(5) and 1692e(10).

30. Defendant further stated "I sue people, that's what I do." Defendant then went on to quote how many people work for him. This communication made by Defendant to Plaintiff was a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt, because Plaintiff is now informed and believes and thereon alleges that Mr. Hernandez is not an attorney. As such, this action by Defendant violated 15 U.S.C. §§ 1692e, 1692e(5) and 1692e(10).

31. During this conversation, JULIE continued to insist the debt was outside the statute of limitations, and further requested information regarding the lawsuit Defendant filed. Mr. Hernandez then hung up on JULIE. This action was an unfair or unconscionable attempt to collect an alleged debt violating 15 U.S.C. § 1692f.

32. JULIE then called Defendant back and requested to speak to a supervisor. She was then connected to a manager by the name of Cameron.

33. During this conversation, Cameron read JULIE the collection notes on Plaintiff's file, and stated that the notes indicated that it was JULIE that hung up on Mr. Hernandez. JULIE then explained she was not the one to terminate the call. JULIE then went on to explain Mr. Hernandez's behavior during their previous calls.

34. JULIE then requested Mr. Hernandez's bar number.

35. Cameron explained to JULIE that Mr. Hernandez was not an attorney but rather a legal assistant. Then Cameron stated, "It is very hard to find good legal assistants, we basically grab these people off the streets with no training."

## CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §§ 1692 ET SEQ.

36. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

37. The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

38. As a result of each and every violation of the FDCPA, Plaintiff is entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from each Defendant.

//
//
//
//

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against Defendants, and Plaintiff be awarded damages from each and every defendant, as follows:

### COUNT I

### FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. §§ 1692 ET SEQ.

39. An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

40. An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

41. An award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3).

### TRIAL BY JURY

42. Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

Date: 4/25/8

Hyde & Swigart

By: _____
David J. McGlothlin, Esq.
Attorneys for the Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Michael Eason

**DEFENDANTS**
Harris & Zide and LVNV Funding, LLC

FILED
2008 MAY -2 PM 4:55

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)
SOUTHERN DISTRICT OF CALIFORNIA

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

BY _____ DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
David McGlothlin, Esq. (SBN: 253265)
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Tel: 619-233-7770

**ATTORNEYS (IF KNOWN)**
Unknown

'08 CV 0811 DMS LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).
Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| | | ☐ 555 Prisoner Conditions | | | |

ORIGINAL

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   **DEMAND $** 76000   Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE 04/25/2008     SIGNATURE OF ATTORNEY OF RECORD _____

150466  $350—$  05/02/08

CG

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

       # 150466      -- MB

          May 02, 2008
           16:40:11


          Civ Fil Non-Pris
USAO #.: 08CV0811 CIVIL FILING
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC2380



       Total-->   $350.00


FROM: MICHAEL EASON VS
      HARRIS & ZIDE AND LVNV FUNDING
```