# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL EASON,

vs

HARRIS & ZIDE and LVNV FUNDING, LLC,

FILED
2008 MAY -2 PM 4:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KWH_____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0811 DMS LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David McGlothlin
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
(SEAL)

By _____, Deputy Clerk

DATE
MAY 02 2008

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)