Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Gabriela Quiros

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA QUIROS, <br><br> Plaintiff, <br><br> v. <br><br> DEBT BUYER INC. and THE HAMEROFF/LAVINSKY LAW FIRM, <br><br> Defendant. | Case No.: 08 CV 0769 LAB NLS <br><br> **PROOF OF SERVICE** |

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770            Ref. No.         : 1104278-01
Attorney for : PLAINTIFF   Atty. File No.   : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF   : GABRIELA QUIROS | | Case No.: 08 CV 0769 LAB NLS |
| DEFENDANT : DEBT BUYER INC., et al. | | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3.  a. Party served    :   HAMEROFF/LAVINSKY LAW FIRM
    b. Person served  :   "JANE DOE", PERSON IN CHARGE
                          (F/20S/5'8"/SLIM/BLUE-GREEN/BROWN HAIR)

4.  Address where the party was served  4565 RUFFNER ST    SUITE 206
                                        SAN DIEGO, CA 92111  (Business)

5.  I served the party
    b. **by substituted service.** On May 21, 2008 at 10:05 AM I left the documents listed in item 2
       with or in the presence of   "JANE DOE", PERSON IN CHARGE,
       F/20S/5'8"/SLIM/BLUE-GREEN/BROWN HAIR
       (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
           of the person to be served. I informed him or her of the general nature of the papers.
       (4) a **declaration of mailing** is attached.
       (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:       HAMEROFF/LAVINSKY LAW FIRM
       under [xx] CCP 416.10  (corporation)

7.  **Person who served papers**
    a. T. SETVANPOUR                         d. Fee for service: $65.00
    b. KNOX ATTORNEY SERVICE, INC.           e. I am:
       2250 Fourth Avenue                       (3) a registered California process server
       San Diego, California 92101                  (i)   an employee
    c. 619-233-9700                                (ii)  Registration No. 715
                                                   (iii) County: San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008                 Signature: _____
                                               T. SETVANPOUR

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770                    Ref. No.        : 1104278-01
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : GABRIELA QUIROS | Case No.: 08 CV 0769 LAB NLS |
| DEFENDANT | : DEBT BUYER INC., et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 05/13/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served       HAMEROFF/LAVINSKY LAW FIRM

Business     :     4565 RUFFNER ST SUITE 206, SAN DIEGO  CA  92111

Attempts to effect service are as follows:

05/21/08 10:05A   Attempted service-effected substitute service


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008                    Signature: _____
                                               T. SETVANPOUR

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.        : 1104278-01
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : GABRIELA QUIROS | Case No.: 08 CV 0769 LAB NLS |
| DEFENDANT | : DEBT BUYER INC., et al. | **DECLARATION OF MAILING** |

RE:   HAMEROFF/LAVINSKY LAW FIRM

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On May 22, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

HAMEROFF/LAVINSKY LAW FIRM

4565 RUFFNER STREET, SUITE 206
SAN DIEGO, CA  92111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2008 at SAN DIEGO, California.

Signature: _____
LAURA BONDE

**DECLARATION OF MAILING**