

Michael Eason                                      08cv0811-DMS-LSP

-v-

Harris & Zide and LVNV Fundinging, LLC

DOCUMENT WITHDRAWN
See Docket Entry # [5]

4-Summons Returned Executed

**4**