Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff
Michael Eason

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASON<br><br>                    Plaintiff,<br><br>v.<br><br>HARRIS & ZIDE and LVNV<br>FUNDING, LLC<br><br>                    Defendants. | Case Number: 08 CV 0811 DMS LSP<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

**HYDE & SWIGART**
San Diego, California

1    **PLEASE TAKE NOTICE** that on June 5, 2008 Plaintiff will move this

2    Court to withdraw the following document:

3         · Docket Text: Summons Returned Executed by Michael Eason.

4         Docket Number: Four

5         This Withdrawal of Document is due to an improper event selection during

6    the E-Filing process. The Document will be re-filed under the proper event

7    selection shortly.

8

9    Dated: June 5, 2008                    Respectfully submitted,

10                                           **HYDE & SWIGART**

11                                           By: /s/ Joshua B. Swigart____
12                                               Joshua B. Swigart
                                                 Attorneys for Plaintiff