1 | Re: LVNV FUNDING, LLC. v. MICHAEL EASON
Superior Court of California, County of San Diego
2 | Case No. 37-2008-00062480-CL-CL-EC

3 | **PROOF OF SERVICE**

I, Luisa Parra, declare as follows:

4

5 | I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and
6 | mailing of correspondence and pleadings for mail with the United Postal Service.

7 | On June 5, 2008, I served the foregoing document(s) described as

8 | **NOTICE OF WITHDRAWAL OF DOCUMENT**

9 | On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

10 | Flint C. Zide
HARRIS & ZIDE
11 | 1445 Hunting Drive #300
South Pasadena, CA 91030

12

13 | ☐ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego,
14 | California in accordance with our business' practice.

15 | ☐ BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be
16 | delivered by hand to the offices of addressee.

17 | ☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the
18 | transmission report is attached to this affidavit.

19 | ☒ ELECTRONICALLY / NEF, this document was transmitted by the Internet through a Notice of Electronic Filing automatically generated by the Court Electronic Filing System Service in
20 | accordance with Federal Rules of Civil Procedure 58 and 79 and Local Rules.

21 | ☐ ELECTRONICALLY / EMAIL, this document was transmitted by the Internet from our office.

22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 5, 2008, at San Diego, California.
23

24 | _/S/ LUISA PARRA_
Luisa Parra
25

26

27

28