Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Michael Eason

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL EASON                          | Case Number: 08 CV 0811 DMS LSP |
|----------------------------------------|----------------------------------|
| Plaintiff,                             |                                  |
| v.                                     |                                  |
|                                        | **PROOF OF SERVICE**             |
| HARRIS & ZIDE and LVNV FUNDING, LLC    |                                  |
| Defendants.                            |                                  |

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASON,<br><br>vs<br><br>HARRIS & ZIDE and LVNV FUNDING, LLC, | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>**'08 CV 0811 DMS LSP** |

TO: (Name and Address of Defendant)

*LVNV Funding, LLC.*
*75 Beattie Place*
*Greenville, SC 29601*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David McGlothlin
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HIMMERLY

MAY 02 2008

By _____, Deputy Clerk        DATE

Summons in a Civil Action

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                Ref. No.        : 1104273-02
Attorney for : PLAINTIFF    Atty. File No.  : 08CV0811DMSLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : MICHAEL EASON | Case No.: 08 CV 0811 DMS LSP |
| DEFENDANT | : HARRIS & ZIDE AND LVNV FUNDING, LLC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served     :   LVNV FUNDING, LLC.
                           AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served   :   DAVID FOSTER, (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  15 S. MAIN STREET
                                        GREENVILLE, SC  29601    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 21, 2008  (2) at: 02:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    LVNV FUNDING, LLC.
                       AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
      under [xx] Other    LLC

7. **Person who served papers**
   a. JEFF BENNISTER                               d. Fee for service: $150.50
   b. KNOX ATTORNEY SERVICE, INC.                  e. I am:
      2250 Fourth Avenue                              (3) a registered California process server
      San Diego, California 92101                        (i)  an independent contractor
   c. 619-233-9700                                      (ii) Registration No.: 152
                                                        (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2008

Signature: <u>SEE ATTACHED NOTARIZED AFFIDAVIT</u>
          JEFF BENNISTER

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of California

Case Number: 08CV0811DMSLSP

Plaintiff:
**Michael Eason**

vs.

Defendant:
**Harris & Zide and LVNV Funding LLC**

For:
Knox Attorney Services Inc.
2250 4th Ave
San Diego, CA 92101

Received by Knox Attorney Services Inc. to be served on **LVNV Funding LLC, CT Corporation, 75 Beattie Place, Greenville, SC 29601**.

I, Jeff Bannister, being duly sworn, depose and say that on the **21st day of May, 2008** at **2:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Action Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **David Foster** as **Legal Director** for **LVNV Funding LLC**, at the address of: **CT Corporation, 15 S Main Street, Greenville, SC 29601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 145, Hair: Bald, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of May, 2008 by the affiant who is personally known to me.

_Tammy M. Hyatt_
Notary for South Carolina
My commission expires: 2/10/2015

**Jeff Bannister**
Process Server

Knox Attorney Services Inc.
2250 4th Ave
San Diego, CA 92101
(619) 233-9700

Our Job Serial Number: 2008005783
Ref: 1104273-02

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2v