Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Michael Eason

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASON,<br><br>                          Plaintiff,<br><br>v.<br><br>HARRIS & ZIDE and LVNV FUNDING, LLC,<br><br>                          Defendants. | **Case Number: 08-CV-0811 DMS (LSP)**<br><br><br>**NOTICE OF JOINT DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel of record, that the above captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)

//

//

//

Dated: August 27, 2008

**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff


Dated: August 27, 2008

**Klinedinst PC**
501 West Broadway, Ste. 600
San Diego, CA 92101
Telephone: (619) 239-8131


/s/ Christopher D. Holt
Christopher D. Holt
Attorneys for Defendants