**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EASON                          v. HARRIS & ZIDE                     No. 08-0811-DMS(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK         Rptr.
                                            Attorneys

    Plaintiffs                                                          Defendants

The Settlement Disposition Conference set for August 28, 2008 at 4:00 p.m. is vacated.  Dismissal received.

DATED:  August 27, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge