# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASON,<br><br>      Plaintiff,<br><br>v.<br><br>HARRIS & ZIDE and LVNV FUNDING, LLC,<br><br>      Defendants. | Case Number: 08-CV-0811 DMS (LSP)<br><br><br>**ORDER OF JOINT DISMISSAL WITH PREJUDICE** |

  Based on the above Notice of Dismissal filed herewith, this Court hereby orders Plaintiff's Complaint against Defendants HARRIS & ZIDE and LVNV FUNDING, LLC to be, and herewith is dismissed WITH prejudice in accordance with the terms of the settlement agreement between all parties.

IT IS SO ORDERED.


Dated: September 2, 2008      _____
                  HON. DANA M. SABRAW
                  UNITED STATES DISTRICT JUDGE